1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ACADIA L. SENESE (CABN 251287)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102
        Telephone: (415) 436-6809
7       Fax: (415) 436-7234
        Email: Acadia.Senese@usdoj.gov
8
   Attorneys for the United States of America
9

10                          UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,    )   CR No. 10-0534 BZ
                                  )
15 |       Plaintiff,             )
                                  )   **MOTION AND [~~PROPOSED~~] ORDER
16 |    v.                        )   TO DISMISS INFORMATION**
                                  )
17 | BERNIECE BEATRICE BREWSTER-  )
     HARDY,                       )
18                                )
           Defendant.             )
19

20
           With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
21
   United States Attorney for the Northern District of California moves to dismiss the above
22
   Information with prejudice as to defendant Berniece Beatrice Brewster-Hardy. The government
23
   has been informed by United States Pretrial Services Officer Timothy R. Elder II that the
24
   //
25

26

27

28

Motion and [Proposed] Order to Dismiss Information
CR 10-0534 BZ

1 | defendant Berniece Beatrice Brewster-Hardy has successfully completed pretrial diversion.

                                              Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney

Dated: 9/12/11                             /s/
                                              ACADIA L. SENESE
                                              Special Assistant United States Attorney

The Court hereby grants leave to dismiss the above Information with prejudice.

Dated: 3 Sept '11                          [signature]
                                            THE HONORABLE BERNARD ZIMMERMAN
                                            United States Magistrate Judge