1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ACADIA L. SENESE (CABN 251287)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: (415) 436-6809
7  Fax: (415) 436-7234
   Email: Acadia.Senese@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,            )   CR No. 10-0534 BZ
                                         )
15         Plaintiff,                    )
                                         )   **MOTION AND [PROPOSED] ORDER**
16     v.                                )   **TO DISMISS INFORMATION**
                                         )
17  ANJENETTE FAYE COATS,                )
                                         )
18         Defendant.                    )
    _____)
19

20         With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

21  United States Attorney for the Northern District of California moves to dismiss the above

22  Information with prejudice as to defendant Anjenette Faye Coats. The government has been

23  //

24

25

26

27

28

Motion and [Proposed] Order to Dismiss Information
CR 10-0534 BZ

informed that the defendant Anjenette Faye Coats has successfully completed pretrial diversion.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: 11/17/11

/s/
ACADIA L. SENESE
Special Assistant United States Attorney

The Court hereby grants leave to dismiss the above Information with prejudice.

Dated: 18 Nov 2011

THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge